receivers, Jennie Schenker, $2,000 for services rendered, affirmed, without costs. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

EDWARD STALL, Appellant, v. LOUIS GOLDSTEIN, Respondent.— Order denying motion for summary judgment or, in the alternative, for partial judgment, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. LOUIS R. GANS, Appellant, and AMES FURNITURE Co., INC., Respondent. (Appeal No. 1.) — Order appointing receiver and order resettling the same reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The facts presented upon the motion for the appointment of a receiver do not warrant the order made. Appeal from order denying motion to resettle the said resettled order dismissed, without costs, as unnecessary. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. LOUIS R. GANS, Appellant, and AMES FURNITURE Co., INC., Defendant. ABRAM SEBRING, as Receiver of AMES FURNITURE Co., INC., Respondent. (Appeal No. 2.) — Order reversed upon the law and the facts, without costs, and motion denied, without costs. Under the circumstances shown, the order was unauthorized. The receiver will be remitted to his accounting for an allowance for his services on a *quantum meruit* basis. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

WICANDER & Co., INC., Respondent, v. ATLANTIC CORK Co., INC., Appellant.— Judgment modified by providing that the dismissal of the counterclaim be without prejudice instead of " upon the merits," and as so modified unanimously affirmed, with costs to respondent. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

YORK MORTGAGE CORPORATION, Appellant, v. NOTLAD CONSTRUCTION CORPORATION and Others, Defendants. KISHNER HOLDING Co., INC., Respondent; NEW YORK TITLE AND MORTGAGE COMPANY, Appellant.— Judgment unanimously affirmed, with one bill of costs to the respondent Kishner Holding Co., Inc. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

K. & C. SHOE Co., INC., Appellant, v. ORANGE FULTON REALTY CORPORATION, Respondent.— Motion denied, without costs. The matter relied upon by plaintiff, appellant, may be invoked in the pending proceeding in the Municipal Court. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

CHARLES J. BABB, Respondent, v. CLYDE E. BLACK, Defendant. NANCY ADA BLACK and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

HARRY S. CLARKE, Respondent, v. FREDERICK J. PETERS, Appellant. (A.) — Motion to dismiss appeal granted on consent. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

HARRY S. CLARKE, Respondent, v. FREDERICK J. PETERS, Appellant. (B.) — Motion to dismiss appeal denied, with leave to renew on the hearing of the appeal. The disposition of the pending motion to open the default may obviate the necessity

of prosecuting the appeal. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

HARRY S. CLARKE, Respondent, v. FREDERICK J. PETERS, Appellant. (C.) — Motion to dismiss appeal denied, with leave to renew on the hearing of the appeal. The disposition of the pending motion to open the default may obviate the necessity of prosecuting the appeal. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ. .

HARRY S. CLARKE, Respondent, v. FREDERICK J. PETERS, Appellant. (1.) — Motion to dismiss appeal granted on consent. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

HARRY S. CLARKE, Respondent, v. FREDERICK J. PETERS, Appellant. (2.) — Motion to dismiss appeal denied, with leave to renew on the hearing of the appeal. The disposition of the pending motion to open the default may obviate the necessity of prosecuting the appeal. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

HARRY S. CLARKE, Respondent, v. FREDERICK J. PETERS, Appellant. (3.) — Motion to dismiss appeal denied, with leave to renew on the hearing of the appeal. The disposition of the pending motion to open the default may obviate the necessity of prosecuting the appeal. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

MARIETTA COVIELLO, as Administratrix, etc., of DONATO COVIELLO, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

FASINATE HOLDING CO., INC., Respondent, v. WATERFRONT DEVELOPMENT CORPORATION, Appellant.— Motion for stay granted. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

EUGENIO FOGLINO, Respondent, v. BERSON CONSTRUCTION CORPORATION, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

NATALIE FOGLINO, Respondent, v. BERSON CONSTRUCTION CORPORATION, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

ISAIAH FRANK, Respondent, v. MOSES H. HARRIS, Appellant, and VIOPAKE COMPANY, INC., Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

BENJ. FRINDEL, Respondent, v. LOUIS REUBEN, JOHN LEDNER, EDWARD L. SMITH and SAMUEL DE REFLER, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

SARAH GOLDMAN, as Executrix and Trustee, etc., of HARRY GOLDMAN, Deceased, Appellant, v. ANNA LEWIS and ALICE T. MAGUIRE, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

GEORGE GRAVENHORST and FREDERICK W. GRAVENHORST, Copartners Trading under the Firm Name of GRAVENHORST & COMPANY, Appellants, v. JOSEPH B. TURNER and Others, Copartners Doing Business under the Firm Name and Style